

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00319-CV

**IN THE INTEREST OF N.D.S. AND I.F.S., CHILDREN**,

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-367
Honorable Romero Molina, Judge Presiding

## O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a letter informing the court that the reporter's record has not been filed because appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1). The court reporter's letter also states appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, **ORDER** appellant to file written proof to this court on or before **July 30, 2018** that she has filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). We further **ORDER** appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court